**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2022

<u>**BY ECF**</u>

The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Rascarmi Gallimore*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

      The Government writes regarding proceedings relating to Rascarmi Gallimore's alleged violation of the conditions of his supervised release. Since receiving the Probation Office's specifications, and since the originally scheduled conference in March of this year, the Government has continued to confer with the Assistant District Attorney for the Bronx District Attorney's Office currently handling the state charges against Gallimore and others. The Government received a copy of the criminal complaint against Gallimore, previously submitted to the Court, and has confirmed that Gallimore and his codefendants have been indicted in state court.

      The Government understands from the assigned ADA that pretrial motions in the Bronx case are now submitted and that a hearing on those motions is scheduled for March 10, 2022.

      The Government respectfully requests that the Court adjourn the currently scheduled conference to a date after March 10, 2022. The Government expects that a resolution of the federal supervised release allegations may be aided by additional proceedings and clarity in the state proceedings. The Government has conferred with defense counsel for Gallimore, who concurs in this request.

      As previously noted, the defendant's term of supervision expired on March 20, 2021, but the Court has and will maintain jurisdiction to adjudicate the alleged violations because the Court's summons issued on the basis of those allegations prior to expiration. *See* 18 U.S.C. § 3583(i) ("The power of the court to revoke a term of supervised release for violation of a condition of supervised release, and to order the defendant to serve a term of imprisonment and . . . a further term of supervised release, extends beyond the expiration of the term of supervised release for any period reasonably necessary for the adjudication of matters arising before its

Honorable Valerie E. Caproni
February 17, 2022
Page 2 of 2

expiration if, before its expiration, a warrant or summons has been issued on the basis of an allegation of such a violation.").

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                    By:      /s/ Andrew C. Adams
                                  Andrew C. Adams
                                  Assistant United States Attorney
                                  (212) 637-2340

cc:     Renato Stabile, counsel to the defendant (by ECF)

---

Application GRANTED. Mr. Gallimore's violation of supervised release hearing scheduled for February 25, 2022 is ADJOURNED to **March 25, 2022 at 3:30 p.m.** The parties must submit a joint status update by **March 18, 2022.**

---

SO ORDERED.

*[signature: Valerie Caproni]*    2/17/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE