**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022

Renato C. Stabile
Attorney at Law

580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

September 30, 2022

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Rascarmi Gallimore*, 15-CR-537 (VEC)

Dear Judge Caproni:

I am the attorney for defendant Rascarmi Gallimore. With the consent of the Government, I write to request a brief adjournment of the conference scheduled for Wednesday, October 5, 2022 at 2:00 p.m. The reason for the request is that I will be travelling to Chicago next week for business, October 4 – 7. Accordingly, I request that the date for the Court conference be adjourned until the week of October 10, 2022, or later. In addition, the United States Probation Department informed the Court via email from U.S. Probation Officer Noah Joseph, dated September 28, 2022, that the New York State criminal case against Mr. Gallimore that served as the underlying basis for the VOSR was dismissed by the Bronx County District Attorney's Office on September 9, 2022. The parties have been in contact regarding resolution of this matter in light of this new development and would use the additional time to work towards a resolution. I have communicated with Assistant United States Attorney Gina Castellano, who advises that the Government does not object to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:    AUSA Gina Castellano
       (via ECF)

Application GRANTED. The status conference previously scheduled for October 5, 2022, is ADJOURNED to **Thursday, October 13, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 9/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE