

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022

October 6, 2022

**BY ECF**
The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rascarmi Gallimore*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

The Government writes regarding proceedings relating to Rascarmi Gallimore's alleged violation of the conditions of his supervised release. By way of background, on February 17, 2021, the United States Probation Department submitted a violation report that included three specifications, all of which related to an underlying state arrest on or about January 7, 2021 (the "February 2021 Violation Report"). Since receiving the Probation Office's specifications, and since the originally scheduled conference in March of last year, the Government has continued to confer with the Assistant District Attorney for the Bronx District Attorney's Office handling the state charges against Gallimore. The Government was recently informed that the state charges against Mr. Gallimore were dismissed prior to trial. After consultation with the assigned Probation Officer, the Government now moves to dismiss the specifications in the February 2021 Violation Report.

Application GRANTED. The specifications against Mr. Gallimore in connection with the alleged VOSR are hereby DISMISSED. The hearing scheduled for October 13, 2022, is CANCELLED.

SO ORDERED.

*Valerie Caproni* (signature)   Date: 10/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Gina Castellano
Andrew C. Adams
Gina Castellano
Assistant United States Attorney
(212) 637-2340/-2224

cc:   Renato Stabile, counsel to the defendant (by ECF)